## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA

### CIVIL RIGHTS COMPLAINT FORM FOR
### PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
### 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Marcia Thomas ,

_____ ,

_____ ,

*(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)*

Case No.: __4.25cv98-AW/MAF__
*(To be filled in by the Clerk's Office)*

v.

State Attorney office ,

Tallahassee Police Department,

*(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)* See Attachments

Jury Trial Requested?
☑ YES   ☐ NO

Federal Civil Complaint,
United States, District Court,
Northern District of Florida
Under 42 USC 1983

MARCIA THOMAS,                                              2/26/2025
Plaintiff,

Vs.                                                    CASE NO:

Brittney Adams,
Jack Cambell,
Mark Lewis,
Jim Anderson,
Evans E,
Jason Newlin,
STATE ATTORNEY OFFICE OF THE STATE OF FLORIDA,
James Couch,
Susan Burton,
Sgt.Reese,
Tallahassee Police Officer,
Robert Karst,
Public Defender,
Defendant.


COMPLAINT

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

1. Plaintiff's Name: _Marcia Thomas_

   Address: _3113 Sawtooth DR_

   _Tallahassee Florida_

   City, State, and Zip Code: _32303_

   Telephone: _850 339-3604_ _(Home)_ _____(Cell)_

2. Plaintiff's Name: _____

   Address: _____

   _____

   City, State, and Zip Code: _____

   Telephone: _____ _(Home)_ _____(Cell)_

   *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

3

## 1. PARTIES

1.1. Plaintiff, Marcia Thomas, is a resident of Leon County, Florida.

4

1. Defendant's Name: _Jack Cambell_

   Official Position: _Officer_

   Employed at: _States Attorney office_

   Mailing Address: _____

   _See Attachments_

   ☑ Sued in Individual Capacity          ☑ Sued in Official Capacity

2. Defendant's Name: _James Couch_

   Official Position: _____

   Employed at: _Tallahassee Police Department_

   Mailing Address: _234 East 4th Ave_

   _Tallahassee Fl  32303_
   _See Attachments_

   ☑ Sued in Individual Capacity          ☑ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.    BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

1.2. Defendant, the State Attorney Office of the State of Florida, is a governmental entity located in Leon County, Florida.

Brittney Adams,
Jack Cambell,
Mark Lewis,
Jim Anderson,
Evans E,
Jason Newlin,
STATE ATTORNEY OFFICE OF THE STATE OF FLORIDA,
James Couch,
Susan Burton,
Sgt.Reese,
Tallahassee Police Officer,
Robert Karst,
Public Defender,
Defendant.

## 2. JURISDICTION AND VENUE

2.1. This Court has jurisdiction over the subject matter of this action pursuant to Article V, Section 5 of the Florida Constitution. The Court has jurisdiction over concurrent state and federal claims in the interest of justice regarding continued violations of conspiracy against rights, extending the statute of limitations in this civil case.

A- Kelley v. Florida, 233 So. 2d 189 (Fla. 1st DCA 1970), which establishes the authority of state courts to hear claims that arise under both state and federal law when the matter is of serious public concern.

B- Gonzalez v. City of Miami, 202 F.3d 1030 (11th Cir. 2000), which affirms that federal courts may exercise supplemental jurisdiction over state law claims when they are related to federal claims.

2.2. Venue is proper in Leon County, Florida, as the events giving rise to this lawsuit occurred within this jurisdiction.

C- 28 U.S.C. § 1391(b), which states that a civil action may be brought in a judicial district where any defendant resides, if all defendants are residents of the State in which the district is located, or where a substantial part of the events or omissions giving rise to the claim occurred.

D- Tobin v. R. J. Reynolds Tobacco Co., 2000 WL 336531 (M.D. Fla. 2000), which emphasizes the importance of venues being established based on the occurrence of events relevant to the claims.

7

## 1. PARTIES

1.1. Plaintiff, Marcia Thomas, is a resident of Leon County, Florida.

Brittney Adams,
Jack Cambell,
Mark Lewis,
Jim Anderson,
Evans E,
Jason Newlin,
STATE ATTORNEY OFFICE OF THE STATE OF FLORIDA,
James Couch,
Susan Burton,
Sgt.Reese,
Tallahassee Police Officer,
Robert Karst,
Public Defender,
Defendant.

8

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)    ☐ State/Local Officials (*§ 1983 case*)

## III.  STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief.  Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim.  Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law.  Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident.  *Do not make legal argument, quote cases, cite to statutes, or reference a memorandum*.  You may make copies of the following page if necessary to supply all of the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint*.

See Attachments: Factual Background

_____

See Attachments.

_____

_____

9

## 3. FACTUAL BACKGROUND

3.1. On August 1, 2024, Plaintiff filed complaints with the State Attorney Office requesting an investigation into multiple individuals, including Brittney Adams, Jack Cambell, Mark Lewis, Anderson Jim, and E. Evans, for their involvement in alleged Federal Gang Stalking Crimes.

3.2. Plaintiff alleges that the Chief of Police, Police Officers, and Sheriff's Deputy Officials have participated in a conspiracy involving toxic poisoning and fraud related to mental health violations from 2019 to 2025.

3.3. Plaintiff has made numerous attempts to contact the State Attorney Office, including emails
to (mailto:Lewism@Leoncountyfl.gov)
(mailto:Andersonj@Leoncountyfl.gov)
(mailto:CambellJ@Leoncountyfl.gov)
(mailto:James.Couch@talgov.com)
(mailto:Susan.Burton@talgov.com)
and has presented evidence of alleged misconduct.

3.4. Despite these efforts, the State Attorney Office, including investigators Jim Anderson, E. Evans, Jack Cambell, Mark Lewis, and Jason Newlin, has not conducted a fair investigation and has allegedly covered up evidence against Walter Mcneil and Chief Lawrence Revell.

3.5. Plaintiff asserts that the State Attorney Office has systematically ignored her requests for investigation and has denied her a fair examination of her claims from 2019 to 2024.

3.6. Throughout the years of ongoing investigations, the State Attorney Office and law enforcement agencies have failed to disprove the allegations made by Plaintiff, which she has consistently reported with factual evidence. The actions of the State Attorney Office have led to a lack of accountability and transparency in handling her case.

10

3.7. Plaintiff has witnessed ongoing violations and policy infractions by police officers that contributed to the conspiracy against her, which she has documented in records from the Tallahassee Police Department (TPD).

3.8. Furthermore, Plaintiff alleges that Susan Burton, James Couch, and Sergeant Reese of Internal Affairs have denied her requests for an investigation into her complaints. These individuals have allegedly engaged in fraudulent activities regarding their investigation reports, which are supposed to be conducted impartially within the system.

3.9. Plaintiff received an email from Jim Anderson of the State Attorney Office, indicating that Susan Burton and James Couch conducted an internal investigation without consulting or contacting Plaintiff, Marcia Thomas. This lack of communication and manipulation has continued for years, further obstructing justice for Plaintiff.

3.10. Despite repeated requests, Plaintiff has yet to receive the documents related to the allegedly falsified investigation report that was supposedly completed by Susan Burton, James Couch, and Jim Anderson. This failure to provide documentation and transparency has added to the ongoing distress and frustration experienced by Plaintiff.

3.11. Additionally, Plaintiff alleges that Bruce Ling,and her public defender at the time, attended a meeting with Robert Karst on September 20, 2023, where Plaintiff provided evidence to the State Attorney Office regarding the ongoing criminal activities committed against her and her family in Tallahassee, Florida.

3.12. During this meeting, the State Attorney Office allegedly threatened citizens, including Plaintiff, to cease reporting the criminal activities conducted by the Sheriff and the Chief of Police. Plaintiff and Bruce Ling were threatened with arrest for their attempts to report these illegal activities.

11

3.13. On an occasion when Plaintiff was attempting to file a citizen's complaint against the State Attorney Office for misconduct, she was assaulted by E. Evans, who grabbed her wrist with force in an attempt to put handcuffs on her. This incident occurred while Plaintiff was merely requesting to file a complaint regarding the misconduct and concealment of evidence by the State Attorney Office. The physical contact from Mr. Evans was made without Plaintiff's consent and has contributed to her ongoing distress.

3.14. Following these incidents, Plaintiff, along with Bruce Ling, filed a complaint with the Executive Office of the Governor's Citizen Services against the State Attorney Office regarding the assault, verbal threats, and fraudulent reports. This complaint was taken by Mitchell Marri, an employee at the Governor's Office. However, Plaintiff has received no response regarding the concerns she and Mr. Ling reported.

3.15. The report submitted to the Governor's Office indicated that the issues raised were unresolved and characterized as "problem solved," despite the ongoing manipulation and misleading information that leaves citizens, including Plaintiff, in harm's way due to illegal practices.

3.16. As a result of the prolonged strategies of corruption by the State Attorney Office and the lack of accountability for the reported grievances, Plaintiff is suffering from serious injuries, including a cancer diagnosis, which she attributes to the stress and harm caused by the actions of the State Attorney Office and associated law enforcement agencies.

3.17. Furthermore, Ms. Thomas is filing a complaint against the State Attorney's Office regarding a conference she had with them, during which she presented a case concerning corrupt officers who are targeting Black individuals. The conference was abruptly ended after the State Attorney's Office expressed irritation with Mr. Ling for no apparent reason. Both Mr. Ling and Robert Karst witnessed the unprofessional behavior exhibited by the State Attorney's Office during this meeting.

12

3.18. There was also video documentation of the interaction that took place in the office during Ms. Thomas's visit. She has expressed fear for her safety and the safety of her children due to the hostility displayed by the State Attorney's Office and the ongoing threats against her.

3.19. Robert Karst, Ms. Thomas's public defender, has advised her and Mr. Ling to report these officials to the appropriate authorities due to their misconduct.

3.20. Additionally, the State Attorney's Office manipulatively called upon approximately nine officers to rush Plaintiff and Mr. Bruce Ling for no apparent reason. This aggressive conduct was aimed at intimidating both Plaintiff and Mr. Ling, creating an atmosphere of fear regarding their attempts to report ongoing conspiracies and manipulative torture.

3.21. The actions of the State Attorney's Office represent a clear abuse of power and authority, engaging in unethical work conduct that has caused emotional distress and trauma to Plaintiff and other citizens. The Governor's Office has advised Plaintiff to seek legal action due to the misconduct exhibited by the State Attorney's Office.

3.22. Plaintiff provided the State Attorney's Office, including Mr. E. Evans and Mr. Jim Anderson, as well as Jack Campbell, with evidence of an electronic magnetic cloaking system and superficial foreign body.

3.23. Following this presentation, the State Attorney's Office began to exhibit unprofessional behavior, becoming visibly upset and exhibiting aggressive conduct aimed at violating the constitutional rights of the citizens present. Multiple witnesses were present during this incident, highlighting the inappropriate and unethical behavior of the State Attorney's Office.

3.24. Prior to her interactions with the State Attorney's Office, Plaintiff spoke with Mr. John E. Daily, who referred her to pursue charges against

13

the Sheriff and the Chief of Police. This referral led to the subsequent meetings with the State Attorney's Office, during which Plaintiff sought to address the serious allegations against law enforcement officials.

3.25. Plaintiff alleges that the records supervisor, Janetta Jackson, has illegally withheld records from citizens regarding Susan Burton and James Couch related to the fraudulent documents of the investigation. Plaintiff was never made aware of these documents. In an email correspondence, Mr. Jim Anderson stated that an investigation was conducted without Plaintiff's knowledge or participation. This manipulation serves to further prolong and delay legal actions that Plaintiff seeks to pursue.

3.26. Summary of Electronic Magnetic Field and Non-Visual Weapons: Plaintiff asserts that the electronic magnetic field (EMF) is a form of directed energy utilized in various applications, including military, medical, and scientific research. Directed energy can include electromagnetic fields (EMF), lasers, and other concentrated energy forms.

3.27. In a legal context, exposure to certain directed energy technologies may cause physical or psychological distress, including discomfort and pain. The body can react adversely to high levels of directed EMF, resulting in both thermal effects (heating of tissues) and non-thermal effects (such as nerve stimulation). The legal implications surrounding these technologies may include claims of physical injury or psychological distress, supported by medical evidence.

## 4. ALLEGATIONS

4.1. Plaintiff alleges that the actions of the State Attorney Office and law enforcement agencies constitute a violation of her civil rights, including but not limited to:
a. Fraud and falsified investigation reports;

b. Emotional distress caused by ongoing harassment and gang stalking;

c. Negligence in failing to properly investigate her claims;

14

d. Actions leading to medical issues caused by exposure to toxic substances and harassment;

e. Conspiracy against rights and retaliation for seeking justice;

f. Assault and battery resulting in personal injury and emotional distress;

g. Falsified statements and concealment of evidence;

h. Destruction of evidence and fabrication of reports;

i. Engaging in a conspiracy to commit offenses, leading to a framework of misconduct;

j. False claims and acts of fraud and deception.

4.2. Plaintiff contends that the non-visible weapons used against her and her children have resulted in severe trauma, defamation, attempted murder, and forced suicide.

4.3. Plaintiff claims that the alleged use of nanotechnology sensors and exposure to arsenic and heavy metals have caused her significant medical health issues.

15

IV.   **STATEMENT OF CLAIMS**

State what rights under the Constitution, laws, or treaties of the United States have been violated.  Be specific.  If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III.  If more than one Defendant is named, indicate which claim is presented against which Defendant.

See Attachments

V.   **RELIEF REQUESTED**

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.  If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

See Attachments

16

## 5. COUNTS

### COUNT I: VIOLATION OF CIVIL RIGHTS (42 U.S.C. § 1983)

5.1. Plaintiff incorporates by reference all preceding paragraphs.

5.2. Defendants' actions constitute a violation of Plaintiff's civil rights under 42 U.S.C. § 1983, including unlawful retaliation and deprivation of due process.

5.3. As a direct and proximate result of Defendants' actions, Plaintiff has suffered damages, including emotional distress and medical issues.

### COUNT II: ASSAULT AND BATTERY (STATE LAW)

5.4. Plaintiff incorporates by reference all preceding paragraphs.

5.5. Defendant E. Evans committed assault and battery against Plaintiff by physically restraining her without consent.

5.6. As a direct and proximate result of this assault and battery, Plaintiff has suffered damages, including physical injuries and emotional distress.

### COUNT III: NEGLIGENCE (STATE LAW)

5.7. Plaintiff incorporates by reference all preceding paragraphs.

5.8. Defendants had a duty to conduct a fair and impartial investigation into Plaintiff's claims.

5.9. Defendants breached this duty by failing to investigate properly and by engaging in fraudulent practices.

5.10. As a direct and proximate result of this negligence, Plaintiff has suffered damages.

### COUNT IV: CONSPIRACY AGAINST RIGHTS (42 U.S.C. § 1985)

5.11. Plaintiff incorporates by reference all preceding paragraphs.

5.12. Defendants conspired to deny Plaintiff her civil rights under 42 U.S.C. § 1985 by engaging in a pattern of harassment and obstruction of justice.

5.13. As a direct and proximate result of this conspiracy, Plaintiff has suffered damages.

## COUNT V: FRAUD AND FALSIFICATION OF STATEMENTS (STATE LAW)

5.14. Plaintiff incorporates by reference all preceding paragraphs.

5.15. Defendants knowingly made false statements and falsified investigation reports regarding Plaintiff's claims.

5.16. As a direct and proximate result of this fraud, Plaintiff has suffered damages.

## COUNT VI: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS (STATE LAW)

5.17. Plaintiff incorporates by reference all preceding paragraphs.

5.18. Defendants' conduct was intentional and/or reckless, and it caused Plaintiff to suffer severe emotional distress.

5.19. As a direct and proximate result of this conduct, Plaintiff has suffered damages.

## COUNT VII: RETALIATION (STATE AND FEDERAL CLAIMS)

5.20. Plaintiff incorporates by reference all preceding paragraphs.

5.21. Plaintiff filed a complaint with the Governor's Office regarding the misconduct of the State Attorney Office, which included allegations of verbal threats and assault committed against her.

5.22. Following this complaint, Defendants engaged in retaliatory actions against Plaintiff, including further harassment, threats, and physical assault, in violation of her rights under both state law and 42 U.S.C. § 1983.

18

5.23. As a direct and proximate result of this retaliation, Plaintiff has suffered damages, including emotional distress and ongoing fear for her safety.

COUNT VIII: DEFAMATION OF CHARACTER (STATE LAW)

5.24. Plaintiff incorporates by reference all preceding paragraphs.

5.25. Defendants made false and defamatory statements about Plaintiff that were published to third parties, which harmed her reputation and standing in the community.

5.26. As a direct and proximate result of these defamatory statements, Plaintiff has suffered damages, including but not limited to emotional distress, damage to her reputation, and loss of employment opportunities.

(See attachments) Ex-A

19

(Ex)A.

10/14/22

RE,Defense Witness for Macia A. Thomas for
   Conspiracy against her violations of Constitutional Rights.

In the Interest of Justice I Bruce Ling JR. assert that I will be a
Defense/Character witness for Marcia Thomas In case #2021cf112 and
21-13042 and other Court Proceedings.

Ever since Marcia Thomas had assisted In getting the state to drop
Criminal Charges on myself Bruce A.Ling JR,I've noticed and witnessed
that Prosecutors Judges Tallahassee Police Department and Leon County
Sheriff Office had been Conspiring against her U.S. Constitutional Rights
as a Citizen,See Courtroom Zoom Videos and or Transcripts.

Criminal Charges are still being held against her due to a Conspiring
Involving the State Attorney's Office and Law Enforcement Officials.

There Is Overwhelming Evidence of the Conspiracy of,Marcia Thomas
U.S. Constitutional Rights where she and myself Bruce A.Ling visited the
State Attorney's Office for a meeting on 9-8-22 at 1:00 with Jim Anderson,E
Evans,Jack Cambell,Robert Karst to resolve ongoing and past Issues
Dealing with the State Attorney's Office and Law Enforcement Officials.

The Tallahassee Mayor John Dailey had Advised and Persuaded Marcia
Thomas to set up the meeting with the State Attorney Office to resolve
Legal Issues.

I myself Bruce Ling was at a meeting with Marcia Thomas and her Public
defender Robert Karst at the State Attorney's Office on 9-8-22 In the
Conference room.

20

!Bruce Ling noticed State Attorney Office Employees Jim Anderson,E Evans,Jack Cambell making several attempts to Humiliate and Embarrass Marcia Thomas with his remarks and Physical Gestures and Vindictiveness.

At some point the State Attorney Office Employee stated that Marcia Thomas Allegations were unfounded and E Evans appeared Offended when Thomas Exhibited her Witness Statements and Knowledge of Electronic Magnetic Field and Cloaking Devices and Nanotechnologies.Marcia Thomas asked Jim Anderson and E Evans If they had ever worked for the Military because they use the same type of Tactics that Law Enforcement was using against her.

The State Attorney's Office Employee would not answer so I asked the same Question as Ms.Thomas did.

Shortly there afterwards the Employee jumped from his seat with anger and Hostility Forcing me and Ms.Thomas to leave the Conference room and If we didn't leave Immediately then Jim Anderson and E Evans would have us Arrested,Abruptly end the meeting.

Marcia Thomas Public Defender Robert Karst and the Investigator Jim Anderson who had also attended the meeting had witnessed the whole ordeal and It was captured on Camera.

As I and Marcia Thomas exited the State Attorney's Office and went to the Front Desk to request for a Complaint and Grievance forms,Investigator JIm Anderson began to block me Bruce from speaking with the women at the front Desk Threatening to have us Arrested If we didn't leave.(In violation of our U.S. Constitutional Rights of Freedom of Speech and Due Process).

Everything that Transpired causes a Conflict of Interest In Marcia Thomas case#2021cf112 Criminal Mischief and there Is no way that she could ever get a far trail In the Leon County Court or any of the Second Judicial Circuit

2| 2

Courtrooms.Complaints have been filed with the Governor Office and The Ethics Commission.Having Marcia Thomas charges dropped would be Proper.A change of Venue is Warranted but still may be Prejudicial to Marcia Thomas Criminal case#2021cf112 The Alleged Victims came to Kidnap the Kids Ranyah and Elijah Farris who Ms.Thomas has Legally Custody of.

In the Interest of Justice I Bruce Ling JR. am Freely Volunteering to be a Defense/Character witness In Marcia Thomas Criminal case#2021cf112.In order to Provide Evidence to the Conspiracies against her U.S. Constitutional Rights.

I have not been forced or coerced Into writing the above and below Statements.

Bruce A. Ling

STATE OF FLORIDA

COUNTY OF LEON

SWORN TO AND SUBSCRIBED before me this _18th_ day of _October_, 2022.


NOTARY PUBLIC – STATE OF FLORIDA

(SEAL)

Print, Type, or Stamp Name of Notary Public

_____ Personally known or ___✓___ Produced ID  Type of ID Produced _FL DL # L520 061.76-174_

## 6. PRAYER FOR RELIEF

WHEREFORE, Plaintiff, Marcia Thomas, respectfully requests that this Honorable Court enter
judgment in her favor and against the Defendants, awarding her:

a. Compensatory damages for emotional distress, medical expenses, and personal injuries;

b. Punitive damages for the egregious conduct of the Defendants;

c. Costs of this action, including attorney's fees;

d. Any further relief the Court deems just and proper.

DATED this 26th day of February, 2025.

Marcia Thomas
Plaintiff

## VI.    CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 3-5-25 Plaintiff's Signature: _Marcia Thomas_

Printed Name of Plaintiff: _Marcia Thomas_

Address: _3113 Sawtooth Dr_

_Tallahassee Fl 32303_

E-Mail Address: _Oliver.Grazia@gmail.com_